**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br>Ralph Thomas<br>Monica Thomas<br>  Debtor(s) | Case No. 14 B 08176 |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Marilyn O. Marshall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/07/2014.

2) The plan was confirmed on 05/28/2014.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on  NA .

5) The case was Converted on 10/21/2016.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 36.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted:  NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,137.73 |
| Less amount refunded to debtor | $900.00 |

**NET RECEIPTS:** $19,237.73

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,013.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $727.21 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,740.21

Attorney fees paid and disclosed by debtor:      $350.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| American InfoSource LP | Unsecured | 363.00 | NA | NA | 0.00 | 0.00 |
| Arnold Scott Harris | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Becket & Lee | Unsecured | 0.00 | 3,622.41 | 3,622.41 | 0.00 | 0.00 |
| Childrens Surgical Foundation - Cur | Unsecured | 113.00 | NA | NA | 0.00 | 0.00 |
| City of Chicago Department of Revenue | Unsecured | 7,000.00 | 5,625.86 | 5,625.86 | 0.00 | 0.00 |
| Cmre Finance (Original Creditor:Medical) | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Cmre Financial Svcs In (Original Credito | Unsecured | 406.00 | NA | NA | 0.00 | 0.00 |
| Commercial Check Control | Unsecured | 358.00 | NA | NA | 0.00 | 0.00 |
| Department Of Education | Unsecured | 15,713.00 | 25,232.81 | 25,232.81 | 0.00 | 0.00 |
| Dependon Collection Service | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| Diagnostic radiology specialist | Unsecured | 285.00 | NA | NA | 0.00 | 0.00 |
| ECast Settlement Corp | Unsecured | NA | 611.11 | 611.11 | 0.00 | 0.00 |
| Fed Loan Serv | Unsecured | 8,992.00 | NA | NA | 0.00 | 0.00 |
| Friendly Finance Corporation | Unsecured | 7,886.00 | 7,886.04 | 7,886.04 | 0.00 | 0.00 |
| HFS, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Honor Finance LLC | Secured | 14,753.00 | 11,253.81 | 11,253.81 | 0.00 | 0.00 |
| IL Bone and Joint Institute | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| Illinois Bell | Unsecured | 540.00 | NA | NA | 0.00 | 0.00 |
| Illinois Collection Service | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| Joseph Mann & Creed (Original Creditor:l | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| JP Morgan Chase Bank NA | Secured | 22,396.00 | 19,811.68 | 19,811.68 | 12,977.37 | 1,520.15 |
| McKesson Corporation | Unsecured | 331.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Med Busi Bur (Original Creditor:Medical) | Unsecured | 246.00 | NA | NA | 0.00 | 0.00 |
| Medical Business Bureau | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |
| Merchants And Profes (Original Creditor: | Unsecured | 1,029.00 | NA | NA | 0.00 | 0.00 |
| Merrick Bank | Unsecured | NA | 591.40 | 591.40 | 0.00 | 0.00 |
| Nationwide Loans LLC | Unsecured | 2,487.00 | 2,703.09 | 2,703.09 | 0.00 | 0.00 |
| Neural Watch LLC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Neural Watch LLC | Unsecured | 296.00 | NA | NA | 0.00 | 0.00 |
| Penn Credit | Unsecured | 305.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Presence Saint Joseph Hospital | Unsecured | 533.00 | NA | NA | 0.00 | 0.00 |
| PYOD | Unsecured | 0.00 | 4,408.60 | 4,408.60 | 0.00 | 0.00 |
| PYOD | Unsecured | NA | 26,146.85 | 26,146.85 | 0.00 | 0.00 |
| PYOD | Unsecured | 5,330.00 | 5,330.16 | 5,330.16 | 0.00 | 0.00 |
| Resurrection Health Care | Unsecured | 417.00 | NA | NA | 0.00 | 0.00 |
| Saint Joseph Hospital | Unsecured | 0.00 | 1,372.35 | 1,372.35 | 0.00 | 0.00 |
| Stellar Recovery Inc (Original Creditor: | Unsecured | 149.00 | NA | NA | 0.00 | 0.00 |
| Swedish Covenant Hospital | Unsecured | 303.00 | NA | NA | 0.00 | 0.00 |
| Swedish Emergency Assoc PC | Unsecured | 570.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $31,065.49 | $12,977.37 | $1,520.15 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$31,065.49** | **$12,977.37** | **$1,520.15** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$83,530.68** | **$0.00** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,740.21 |
| Disbursements to Creditors | $14,497.52 |
| **TOTAL DISBURSEMENTS:** | **$19,237.73** |

UST Form 101-13-FR-S (9/1/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/27/2017  By: /s/ Marilyn O. Marshall
                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**